James C. Bastian, Jr. – Bar No. 175415
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    jbastian@shbllp.com

Attorneys for Robert Clark Fonda and
Emily Regina Fonda, Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**ROBERT CLARK FONDA and EMILY REGINA FONDA,**<br><br>Debtors. | Case No. 8:16-bk-15008-CB<br><br>Chapter 11<br><br>**DECLARATION OF JAMES C. BASTIAN, JR. RE ORDER SETTING DEADLINE FOR FILING PROOFS OF CLAIM AND INTEREST**<br><br>[No Hearing Set] |

///

///

///

**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

Claims Bar Date Dec of JCB
5232-000\EXP. 13

# **DECLARATION OF JAMES C. BASTIAN, JR.**

I, James C. Bastian, Jr., declare and state as follows:

1. The matters stated herein are true and correct and within my personal knowledge. If called as a witness, I could and would competently testify thereto. I am a partner of Shulman Hodges & Bastian LLP, counsel for Robert Clark Fonda and Emily Regina Fonda, the debtors and debtors in possession in the above-captioned bankruptcy case ("Debtors").

2. At the Chapter 11 Status Conference for the Debtors' case that I attended on May 29, 2017, on the Court's own motion, the Court set the claims bar date of June 12, 2017 ("Claims Deadline"). Attached hereto as **Exhibit "1"** is true and correct copy of the Debtors' proposed Notice of Claims Deadline to be served by regular mail on all creditors and parties requesting notice in the Debtors' bankruptcy case. The Debtors propose to serve the Notice of Claims Deadline by regular mail on all creditors and parties requesting special notice by no later than April 12, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 30, 2017, at Irvine, California.

*/s/ James C. Bastian, Jr.*

James C. Bastian, Jr.

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Claims Bar Date Dec of JCB
5232-000\EXP. 13

2

# EXHIBIT "1"

# NOTICE OF CLAIMS DEADLINE

James C. Bastian, Jr. - Bar No. 175415
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    jbastian@shbllp.com

Attorneys for Robert Clark Fonda and
Emily Regina Fonda, Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**ROBERT CLARK FONDA** and<br>**EMILY REGINA FONDA,**<br><br>Debtors. | Case No.  8:16-bk-15008-CB<br><br>Chapter  11<br><br>**NOTICE OF CLAIMS DEADLINE**<br><br>[No Hearing Set] |

## NOTICE OF CLAIMS DEADLINE

The Bankruptcy Court has set a deadline of **June 12, 2017**, for creditors and holders of interests of **Robert Clark Fonda and Emily Regina Fonda**, the debtors and debtors in possession in the above-captioned case ("Debtors") to file proofs of claim or proofs of interest in the Debtors' estate.  THE ADDRESS FOR FILING PROOFS OF CLAIM OR INTEREST IS: UNITED STATES BANKRUPTCY COURT, ATTENTION INTAKE, 411 WEST FOURTH STREET, SUITE 2030, SANTA ANA, CA 92701-4593.

The exceptions to this deadline for filing proofs of claim or interest are (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3) claims arising as the result of transfer avoidance pursuant to Chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. Section 365, the last day to file a proof of claim is (a) 30 days after the date of entry of the order authorizing the rejection, or  (b) **June 12, 2017**, whichever is later.

For claims of "governmental units", as that terms is defined in 11 U.S.C. Section 101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the Order for Relief in this case, or (b) by **June 12, 2017**, whichever is later.

For claims arising from the avoidance of a transfer under Chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is (a) 30 days after the entry of judgment avoiding the transfer, or (b) **June 12, 2017**, whichever is later.

1

Claims Bar Date Notice
5232-000\EXP. 06

If you are listed on the Schedules of Assets and Liabilities of the Debtors <u>and</u> your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the schedules, and the filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, preferred stock, common stock, etc.) is correct. 11 U.S.C. Section 1111(a).

If your claim or interest is not listed on the Schedules of Assets and Liabilities <u>or</u> is scheduled as disputed, contingent, unliquidated or unknown, <u>or</u> you disagree with the amount or description scheduled for your claim or interest, you must file a proof of claim or interest.

**Failure of a creditor or interest holder to file timely a proof of claim or interest on or before the deadline may result in disallowance of the claim or interest or subordination under the terms of a plan of reorganization without further notice or hearing.  11 U.S.C. Section 502(b)(9). Furthermore, any creditor or interest holder who, by the terms of this Notice, is required to file a proof of claim or interest and fails to file a proof of claim or interest on or before the claims deadline, shall be forever barred from (a) participating in this proceeding, (b) asserting claims against the Debtors and the bankruptcy estate, (c) voting with respect to any plan(s) of reorganization filed in these proceedings, and (d) receiving any distribution through or under any plan of reorganization(s) confirmed by the Court, and any plan(s) of reorganization confirmed by the Court shall be binding on such creditor(s).  Creditors and interest holders may wish to consult an attorney to protect their rights.**

A copy of a Proof of Claim is enclosed herewith.  Additional copies of the Proof of Claim form may be obtained from the Office of the Clerk of the Bankruptcy Court for the Central District of California and also may be downloaded from the Court's website at www.cacb.uscourts.gov/.

**PLEASE TAKE FURTHER NOTICE** that if your claim is based upon any writing, you must attach copies of any and all such writings to the proof of claim or interest or provide an adequate explanation of your inability to do so.  Failure to do so may render your claim or interest incomplete and invalid and subject to objection and disallowance.

Dated:  April __, 2017          **SHULMAN HODGES & BASTIAN LLP**

_____
James C. Bastian, Jr.
Attorneys for Robert Clark Fonda and Emily Regina Fonda,
Debtors and Debtors in Possession

2

Claims Bar Date Notice
5232-000\EXP. 06

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **100 Spectrum Center rive, Suite 600, Irvine, California  92618**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JAMES C. BASTIAN, JR. RE ORDER SETTING DEADLINE FOR FILING PROOFS OF CLAIM AND INTEREST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 30, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Attorney for Debtors**:  James C Bastian     jbastian@shbllp.com
- **Interested Party**:  Michael J Hauser     michael.hauser@usdoj.gov
- **Interested Party**:  United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 30, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
U.S. Bankruptcy Court
Attn:  Honorable Catherine E. Bauer
411 W. Fourth Street, Suite 5165
Santa Ana, CA  92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **March 30, 2017** | **Erlanna Lohayza** | */s/ Erlanna Lohayza* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**